# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-00543-KJD-PAL |
| vs. | **ORDER** |
| CHRISTOPHER ROBERT MUNOZ, | (PWHCAP - Dkt. #25) |
| Defendants. | |

Before the court is Plaintiff's Petition for Writ of Habeas Corpus ad Prosequendum (Dkt. #25) requesting that the Defendant be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on February 25, 2013, at the hour of 3:00 p.m. for Initial Appearance on supervised release violation petition, and any further proceedings.

**IT IS ORDERED** that Plaintiff's Petition for Writ of Habeas Corpus ad Prosequendum (Dkt. #25) is **DENIED without prejudice**, as the proposed hearing date has long since passed.

Dated this 5th day of June, 2013.

Peggy A. Leen
United States Magistrate Judge